

Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 03 C 7091 | **DATE** | 5/14/2004 |
| **CASE TITLE** | MICHELLE LANGEL vs. KMART CORPORATION | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

MEMORANDUM OPINION AND ORDER

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]

(2) ☐ Brief in support of motion due _____.

(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.

(4) ☐ Ruling/Hearing on _____ set for _____ at _____.

(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.

(7) ☐ Trial[set for/re-set for] on _____ at _____.

(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.

(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ Local Rule 41.1   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).

(10) ■ [Other docket entry] Enter Memorandum Opinion And Order. Appellant's motion for reconsideration of the appeal is denied. Reconsideration is best addressed to the bankruptcy court.

(11) ■ [For further detail see order attached to the original minute order.]

| | | | | |
|---|---|---|---|---|
| | No notices required, advised in open court. | | | Document Number |
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | MAY 17 2004 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 10 |
| | Mail AO 450 form. | U.S. DISTRICT COURT CLERK | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| LG | courtroom deputy's initials | 2004 MAY 14 PM 4:52 | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: KMART CORPORATION, et al.,   )
                                     )
_____)
                                     )
MICHELLE LANGEL,                     )
                                     )
            Plaintiff/Appellant,     )
                                     )
        vs.                          )   No. 03 C 7091
                                     )
KMART CORPORATION,                   )
                                     )
            Defendant/Appellee.      )

## MEMORANDUM OPINION AND ORDER

Appellant moved, in March, for reconsideration of the appeal from the denial of her motion to have her claim deemed timely filed. Somehow it got buried, but it has now come to light. Unfortunately, I must deny the motion. While I am sympathetic to appellant's plight and have no reason to doubt her counsel's good faith, I have very limited review jurisdiction. The bankruptcy court has had the responsibility of administering a massive bankruptcy well out of the ordinary run. I cannot, in good faith, determine that the bankruptcy court has abused its discretion in those circumstances when she required strict adherence to the applicable time limitations. Reconsideration is best addressed to the bankruptcy court.

JAMES B. MORAN
Senior Judge, U. S. District Court

May 14, 2004.